ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aguilar Perez Lazaro,<br>Petitioner,<br>v.<br>David R. Rivas, et al.,<br>Respondents. | No. CV 26-04058-PHX-DJH (MTM)<br>**ORDER** |

On June 8, 2026, Petitioner filed a *pro se* Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). On June 11, 2026, the Court Ordered Respondents to show cause why the Petition should not be granted. (Doc. 3). In their Response (Doc. 6), Respondents indicate that Petitioner was ordered removed from the United States in 2005, and that they were attempting to identify a third country for removal after Cuba declined repatriation. (*Id.*). No further filings have been made since June 29, 2026, however, and it is unclear whether Petitioner has been removed.

Accordingly, the Court will direct Respondents to provide an update on their efforts to effectuate Petitioner's removal within seven days of this Order.

. . . .

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that Respondents must file an update on their efforts to remove Petitioner within **seven (7) days** of the date of this Order.

Dated this 10th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge